# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: REESTABLISHMENT OF THE
MAGISTERIAL DISTRICTS WITHIN
THE 32nd JUDICIAL DISTRICT OF
THE COMMONWEALTH OF
PENNSYLVANIA

:   NO. 527
:
:   MAGISTERIAL RULES DOCKET
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of February 2023, upon consideration of the Petition to Reestablish the Magisterial Districts of the 32nd Judicial District (Delaware County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of Magisterial Districts 32-2-44, 32-2-48, and 32-2-49, within Delaware County, to be effective immediately, is granted; and that the Petition, which provides for the elimination of Magisterial Districts 32-1-24, 32-1-25, and 32-1-35, within Delaware County, to be effective January 2, 2024, is granted; and that the Petition, which provides for the realignment of Magisterial Districts 32-1-20, 32-1-21, 32-1-22, 32-1-23, 32-1-27, 32-1-28, 32-1-30, 32-1-32, 32-1-33, 32-1-34, 32-1-36, 32-2-37, 32-2-38, 32-2-39, 32-2-40, 32-2-42, 32-2-43, 32-2-46, 32-2-47, 32-2-51, 32-2-52, 32-2-53, and 32-2-54, within Delaware County, to be effective January 2, 2024, is granted. The vacancy in Magisterial District 32-1-22 shall be filled in the 2023 election. Any elections in 2023 shall be in accordance with the district boundaries as provided for in this Order.

     It is further ORDERED AND DECREED that the Petition, which provides for the elimination of Magisterial District 32-1-31, within Delaware County, to be effective January 3, 2028, is granted; and that the Petition, which provides for the realignment of Magisterial Districts 32-1-30 and 32-1-32, within Delaware County, to be effective January 3, 2028, is granted.

     Said Magisterial Districts shall be as follows:

Magisterial District 32-1-20  
Magisterial District Judge Wilden H. Davis

Chester City, Wards 1, 2, 6-2, 7-1, 7-3, 7-4

Magisterial District 32-1-21  
Magisterial District Judge Dawn L. Vann

Chester City, Wards 3, 4, 5, 6-1, 7-2, 8, 9

Magisterial District 32-1-22  
Vacant

Chester City, Wards 10, 11  
Marcus Hook Borough  
Trainer Borough

Magisterial District 32-1-23  
Magisterial District Judge Lee C. Grimes

Collingdale Borough, Wards 1, 2, 3, 7  
Darby Borough, Wards 1, 2, 3-2

Magisterial District 32-1-27  
Magisterial District Judge David H. Lang

Marple Township  
Newtown Township

Magisterial District 32-1-28  
Magisterial District Judge Elizabeth S. Gallard

Media Borough  
Swarthmore Borough  
Nether Providence Township

Magisterial District 32-1-30  
Magisterial District Judge George B. Dawson

*Effective 1/2/24:*  
Ridley Township, Wards 2, 3, 5, 7  
Rutledge Borough  
*Effective 1/3/28*:  
Eddystone Borough  
Rutledge Borough  
Ridley Township, Wards 1, 2, 3, 5, 6, 7, 8, 9

Magisterial District 32-1-31  
Magisterial District Judge Philip S. Turner Jr.

*Effective 1/2/24:*

Eddystone Borough
  Ridley Township, Wards 1,
  4, 6, 8, 9
*Eliminate effective 1/3/2028*

Magisterial District 32-1-32
Magisterial District Judge Michael F. Culp

*Effective 1/2/24:*
Morton Borough
Springfield Township,
  Wards 1-1, 1-2, 2-1, 2-2, 2-
  3, 3, 4, 5, 7
*Effective 1/3/28*:
Morton Borough
Ridley Township, Ward 4
Springfield Township,
  Wards 1-1, 1-2, 2-1, 2-2, 2-
  3, 3, 4, 5, 7

Magisterial District 32-1-33
Magisterial District Judge Harry J. Karapalides

Milbourne Borough
Upper Darby Township,
  Wards 5-1, 5-7, 6-1, 6-2, 6-
  3, 6-4, 6-5, 6-9, 6-10, 6-12,
  7-3, 7-5, 7-11

Magisterial District 32-1-34
Magisterial District Judge Robert J. Radano

Upper Darby Township,
  Wards 3-2, 3-4, 3-6, 3-7, 3-
  8, 3-9, 3-10, 4-1, 4-2, 4-3, 4-
  4, 4-8, 4-9, 4-10, 5-3, 7-2, 7-
  4, 7-8, 7-10

Magisterial District 32-1-36
Magisterial District Judge David R. Griffin

Lower Chichester Township
Upper Chichester Township,
  Wards 1, 3, 4, 5

Magisterial District 32-2-37
Magisterial District Judge Tammi L. Forbes

Colwyn Borough
Darby Borough, Ward 3-1
Sharon Hill Borough

Magisterial District 32-2-38  
Magisterial District Judge Diane M. Holefelder

Aston Township  
Chester Township  
Upper Chichester Township, Ward 2


Magisterial District 32-2-39  
Magisterial District Judge Georgia L. Stone

Brookhaven Borough  
Parkside Borough  
Rose Valley Borough  
Upland Borough


Magisterial District 32-2-40  
Magisterial District Judge Steven A. Sandone

Aldan Borough  
Folcroft Borough  
Darby Township


Magisterial District 32-2-42  
Magisterial District Judge Michael A. Burns

Glenolden Borough  
Norwood Borough  
Collingdale, Wards 4, 5, 6


Magisterial District 32-2-43  
Magisterial District Judge Leon Hunter III

Radnor Township


Magisterial District 32-2-44  
Magisterial District Judge Jack D. Lippart

Prospect Park Borough  
Ridley Park Borough  
Tinicum Township


Magisterial District 32-2-46  
Magisterial District Judge Andrew Goldberg

Upper Providence Township


Magisterial District 32-2-47  
Magisterial District Judge W. Keith Williams II

Lansdowne Borough  
Yeadon Borough

Magisterial District 32-2-48
Magisterial District Judge Walter A. Strohl

Chester Heights Borough
Edgmont Township
Middletown Township

Magisterial District 32-2-49
Magisterial District Judge Wendy B. Roberts

Bethel Township
Chadds Ford Township
Concord Township
Thornbury Township

Magisterial District 32-2-51
Magisterial District Judge Christopher R. Mattox

East Lansdowne Borough
Upper Darby Township,
   Wards 5-2, 5-4, 5-5, 5-6, 5-8, 6-6, 6-7, 6-8, 6-11, 7-1, 7-6, 7-7, 7-9

Magisterial District 32-2-52
Magisterial District Judge Kelly A. Micozzie-Aguirre

Clifton Heights Borough
Upper Darby Township,
   Wards 1-4, 1-7, 2, 5-9

Magisterial District 32-2-53
Magisterial District Judge Elysia J. Mancini Duerr

Haverford Township
Upper Darby Township,
   Wards 4-5, 4-6, 4-7, 4-11, 5-10

Magisterial District 32-2-54
Magisterial District Judge James J. Merkins

Springfield Township, Wards 1-3, 6
Upper Darby Township,
   Wards 1-1, 1-2, 1-3, 1-5, 1-6, 1-8, 1-9, 3-1, 3-3, 3-5, 3-11